IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JASON HUBBARD, Defendant. | 8:02CR212 ORDER |

Before the court is the defendant's motion (Filing No. 40) to reduce his sentence pursuant to the crack cocaine Amendment 706. Accordingly,

IT IS ORDERED that both the government and defense counsel shall file briefs in this matter within 30 days of the date of this order.

DATED this 12th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge